# In the United States Court of Federal Claims

No. 18-1851 C
(Filed: December 9, 2019)

```
*************************************
                                    *
APL MICROSCOPIC, LLC,               *
                                    *
            Plaintiff,              *
                                    *
      v.                            *
                                    *
THE UNITED STATES,                  *
                                    *
            Defendant.              *
                                    *
*************************************
```

## ORDER

Pursuant to the Stipulation for the Entry of Judgment, ECF No. 34, filed by Defendant, the United States, on December 6, 2019, the Clerk is directed to dismiss the case and enter judgment accordingly.

**IT IS SO ORDERED.**

s/Edward J. Damich
EDWARD J. DAMICH
Senior Judge